AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duncan, Allyson K. | US Court of Appeals, 4th Circuit | 10/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Glenlake One Building
1440 Parklake Avenue, Suite 250
Raleigh, NC 27612

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 10/23/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2014 | Duke University - Trustee | $4,500.00 |
| 2. 2014 | State Employees Retirement System of NC | $17,597.00 |
| 3. 2014 | Consolidated Judicial Retirement System of NC | $2,511.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Prudential Retirement |
| 2. 2014 | National Center for State Courts - Wages |
| 3. 2014 | Self-Employed Attorney |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Susman Godfrey, LLP | Legal Services | $6,466.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 10/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. North State Bancorp, Common | | None | M | T | | | | | |
| 2. Ameriprise MM | A | Int./Div. | J | T | | | | | |
| 3. Riversource Life Insurance Co-Immediate Annuity | | None | L | W | | | | | |
| 4. Amerprise Brokerage Acct #1 | | | | | | | | | |
| 5. -Ameriprise MM | A | Interest | N | T | | | | | |
| 6. -DLHAX | | None | | | Sold | 02/27/14 | K | D | |
| 7. -HLMGX | | None | | | Sold | 02/27/14 | L | E | |
| 8. -ETAGX | A | Dividend | K | T | | | | | |
| 9. -GHAAX | | None | | | Sold | 02/27/14 | K | C | |
| 10. -SGENX | | None | | | Sold | 02/27/14 | J | A | |
| 11. -AGG | A | Dividend | K | T | Buy | 02/27/14 | L | | |
| 12. -AGG | | | | | Sold (part) | 03/07/14 | K | A | |
| 13. -AGG | | | | | Sold (part) | 04/02/14 | J | A | |
| 14. -AGG | | | | | Buy (add'l) | 09/04/14 | J | | |
| 15. -BNDX | A | Dividend | K | T | Buy | 02/27/14 | K | | |
| 16. -BNDX | | | | | Sold (part) | 04/02/14 | J | A | |
| 17. -CSJ | A | Dividend | K | T | Buy | 02/27/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 10/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -CSJ | | | | | Sold (part) | 04/02/14 | J | A | |
| 19.  -DXJ | | None | | | Buy | 07/03/14 | K | | |
| 20.  -DXJ | | | | | Sold | 10/03/14 | K | A | |
| 21.  -EEMV | A | Dividend | K | T | Buy | 01/06/14 | K | | |
| 22.  -EPP | A | Dividend | | | Buy | 04/04/14 | K | | |
| 23.  -EPP | | | | | Sold | 07/02/14 | K | A | |
| 24.  -IBB | A | Dividend | L | T | Buy | 07/03/14 | K | | |
| 25.  -IBB | | | | | Buy (add'l) | 11/05/14 | K | | |
| 26.  -IEF | A | Dividend | L | T | Buy | 04/02/14 | K | | |
| 27.  -IEF | | | | | Sold | 07/03/14 | K | A | |
| 28.  -IEF | | | | | Buy (add'l) | 11/06/14 | L | | |
| 29.  -IJJ | A | Dividend | | | Buy | 04/04/14 | K | | |
| 30.  -IJJ | | | | | Sold | 10/02/14 | K | A | |
| 31.  -IWN | A | Dividend | | | Buy | 03/03/14 | K | | |
| 32.  -IWN | | | | | Sold | 04/02/14 | K | A | |
| 33.  -IYR | A | Dividend | J | T | Buy | 02/27/14 | J | | |
| 34.  -JNK | A | Dividend | | | Buy | 04/04/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 10/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -JNK | | | | | Sold | 10/01/14 | K | A | |
| 36. -PIZ | A | Dividend | K | T | Buy | 03/03/14 | K | | |
| 37. -PTLAX | A | Dividend | | | Buy | 01/06/14 | L | | |
| 38. -PTLAX | | | | | Sold | 02/27/14 | L | A | |
| 39. -QQQ | A | Dividend | | | Buy | 03/03/14 | K | | |
| 40. -QQQ | | | | | Sold | 04/02/14 | K | A | |
| 41. -QQQ | | | | | Buy | 07/03/14 | K | | |
| 42. -QQQ | | | | | Sold | 10/03/14 | K | B | |
| 43. -SPLV | B | Dividend | L | T | Buy | 01/06/14 | L | | |
| 44. -SPLV | | | | | Sold (part) | 02/27/14 | K | A | |
| 45. -TPINX | A | Dividend | | | Buy | 01/06/14 | L | | |
| 46. -TPINX | | | | | Sold | 02/27/14 | L | A | |
| 47. -VGK | A | Dividend | | | Buy | 03/03/14 | K | | |
| 48. -VGK | | | | | Sold | 04/02/14 | K | A | |
| 49. -VNQ | A | Dividend | | | Buy | 04/02/14 | K | | |
| 50. -VNQ | | | | | Sold | 07/03/14 | K | B | |
| 51. -VTI | A | Dividend | K | T | Buy | 02/27/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 10/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -XLI | A | Dividend | | | Buy | 02/27/14 | K | | |
| 53. -XLI | | | | | Buy | 03/03/14 | J | | |
| 54. -XLI | | | | | Sold | 04/02/14 | K | A | |
| 55. -XLK | A | Dividend | | | Buy | 02/27/14 | K | | |
| 56. -XLK | | | | | Buy (add'l) | 03/03/14 | J | | |
| 57. -XLK | | | | | Sold | 04/02/14 | K | A | |
| 58. -XLU | A | Dividend | | | Buy | 04/02/14 | K | | |
| 59. -XLU | | | | | Sold | 07/03/14 | K | B | |
| 60. IRA-#1 | | | | | | | | | |
| 61. -Ameriprise MM | | None | K | T | | | | | |
| 62. -Natixis Funds Gateway GATEX | A | Dividend | | | Sold | 04/08/14 | K | A | |
| 63. -MFS Value Fund MEIAX | A | Dividend | | | Sold | 04/08/14 | L | E | |
| 64. -ETAGX | A | Dividend | K | T | | | | | |
| 65. -Oppenheimer Developing Markets ODMAX | | None | | | Sold | 03/03/14 | K | A | |
| 66. -Pimco Total Return Fund PTTDX | A | Dividend | | | Sold | 04/08/14 | K | A | |
| 67. -Virtus Real Estate Fund PHRAX | A | Dividend | | | Sold | 04/08/14 | K | B | |
| 68. -Virtus Foreign Opportunities Fund JVIAX | | None | | | Sold | 04/08/14 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 10/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Wells Growth A SGRAX | | None | | | Sold | 01/22/14 | L | E | |
| 70. -CWB | A | Dividend | | | Sold | 02/04/14 | J | A | |
| 71. -JNK | A | Dividend | | | Sold | 04/02/14 | J | A | |
| 72. -BKLN | A | Dividend | | | Sold | 02/04/14 | J | A | |
| 73. -XRT | | None | | | Sold | 01/14/14 | K | A | |
| 74. -XLY | A | Dividend | | | Sold | 04/02/14 | K | C | |
| 75. -SGENX | | None | | | Sold | 04/10/14 | J | A | |
| 76. -AGG | B | Dividend | L | T | Buy | 02/24/14 | L | | |
| 77. -CSJ | A | Dividend | K | T | Buy | 04/14/14 | K | | |
| 78. -EEMV | A | Dividend | K | T | Buy | 03/05/14 | K | | |
| 79. -IBB | A | Dividend | M | T | Buy | 07/03/14 | L | | |
| 80. -IEF | A | Dividend | L | T | Buy | 04/02/14 | L | | |
| 81. -IEF | | | | | Sold | 07/03/14 | L | B | |
| 82. -IEF | | | | | Buy | 11/06/14 | L | | |
| 83. -IYR | A | Dividend | J | T | Buy | 04/14/14 | J | | |
| 84. -PIZ | A | Dividend | K | T | Buy | 03/05/14 | K | | |
| 85. -SPLV | A | Dividend | L | T | Buy | 04/10/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 10/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -VTI | A | Dividend | K | T | Buy | 04/10/14 | K | | |
| 87. -XLE | A | Dividend | | | Buy | 07/03/14 | L | | |
| 88. -XLE | | | | | Sold | 10/03/14 | L | A | |
| 89. -XLI | A | Dividend | | | Buy | 01/14/14 | K | | |
| 90. -XLI | | | | | Sold | 04/02/14 | K | A | |
| 91. -XLU | A | Dividend | | | Buy | 04/02/14 | L | | |
| 92. -XLU | | | | | Sold | 07/03/14 | L | C | |
| 93. AFLAC Common | A | Dividend | J | T | | | | | |
| 94. Duke Energy Common | | None | | | Sold | 01/21/14 | J | B | |
| 95. Dupree NC Tax Free Short to Medium Series | A | Dividend | L | T | | | | | |
| 96. North State Bank Accounts | A | Interest | L | T | | | | | |
| 97. Spectra Energy Corp | | None | | | Sold | 01/22/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 10/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V Gifts - I was one of 7 named plantiffs in Barker et al v. United States, Case No. 1:12-cv-00826 (Fed. Cl.) brought to challenge the denial of Article III judges' cost-of-living adjustments (COLAs) over multiple years. Attorneys fees and costs were expended between November 2012 through December 31, 2014 in the total amount of $193,078.35 on a pro bono basis by the law firm of Susman Godfrey, LLP, 1201 Third Avenue, Suite 3800, Seattle, WA 98101 who served as plantiffs' counsel without compensation or reimbursement from me or the other plantiffs.

Explanation of Amended 2014 Form AO 10:

Part VII -

Line 1, North State Bancorp, Common - the value of the investment actually owned was determined to be greater than originally reported. Column C1 has been updated to reflect the change.

Response to Letter of Inquiry:

Oppenheimer Strategic Income Fund - This asset was sold in full during 2013 and full disposal should have been reflected on the 2013 report. There is nothing to report in 2014.

Neuberger Berman - Guardian Fund Investor Class - This asset was sold prior to 2014. There is nothing to report in 2014.

IRA #2 - NC Stable Value 401K - This is a retirement account owned solely by ▮▮▮▮▮▮ who has declined to provide information related to any financial reporting requirements. Therefore, no information has been listed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Allyson K. Duncan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544